FILED
CLERK, U.S. DISTRICT COURT

OCT 29 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>BENJAMIN DAVID KUVALANKA, )<br>Defendant. )<br>_____ ) | Case No.: EDCR14-0019-JGB<br><br>ORDER OF DETENTION PENDING<br>FURTHER REVOCATION<br>PROCEEDINGS<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a) (1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (x) information in the Pretrial Services Report and Recommendation

    (x) information in the violation petition and report(s)

    (x) the defendant's nonobjection to detention at this time

    ( ) other: _____

        and/or

1  B. (X)   The defendant has not met his/her burden of establishing by clear and
2          convincing evidence that he/she is not likely to pose a danger to the safety
3          of any other person or the community if released under 18 U.S.C. §
4          3142(b) or (c). This finding is based on the following:
5          (x) information in the Pretrial Services Report and Recommendation
6          (x) information in the violation petition and report(s)
7          (x) the defendant's nonobjection to detention at this time
8          ( ) other: _____

10  IT THEREFORE IS ORDERED that the defendant be detained pending the further
11  revocation proceedings.

13  DATED: October 29, 2015

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE